# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CHELSEA RALEY, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.  JKB-16-CV-1654 |
| MARYLAND STATE POLICE | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO STAY PROCEEDINGS PENDING SETTLEMENT

Plaintiff, Chelsea Raley, by her attorneys, R. Scott Oswald, Michael L. Vogelsang, Jr., and The Employment Law Group, P.C. and Defendant, Maryland State Police, by its attorneys, Brian E. Frosh, Attorney General of Maryland, and Mira A. Feldstein, Assistant Attorney General, jointly move to stay the proceedings in this case and state:

1. This action has been brought pursuant to Title VII and the Maryland Fair Employment Practices Act.

2. Defendant filed an initial Motion to Dismiss and for Partial Summary Judgment on or about December 12, 2016 and on December 27, 2016, Plaintiff filed a First Amended Complaint. Defendant's next responsive motion/pleading is due on January 24, 2016.

3. The Parties have reached a settlement in principle in this matter and request a stay of this action, including all pending deadlines, to finalize the settlement. The parties will notify the Court immediately upon completion of the settlement or any change in the status of the settlement discussions.

WHEREFORE, it is respectfully requested that the Court stay this proceeding.

Respectfully submitted,

|  | BRIAN E. FROSH<br>Attorney General of Maryland |
|---|---|
| /s/<br>R. Scott Oswald (No. 25391)<br>Michael L. Vogelsang, Jr.<br>The Employment Law Group, P.C.<br>888 17th Street, NW, Suite 900<br>Washington, D.C. 20006<br>(202) 261-2806<br>(202) 261-2835 (facsimile)<br>soswald@employmentlawgroup.com<br>mvogelsang@employmentlawgroup.com | /s/<br>Mira A. Feldstein<br>(Bar No. 29337)<br>Assistant Attorney General<br>Maryland State Police<br>1201 Reisterstown Road<br>Pikesville, Maryland 21208<br>(410) 653-4452 (telephone)<br>(410) 653-4270 (facsimile)<br>mira.feldstein@maryland.gov |
| *Counsel for Plaintiff* | *Counsel for Defendant* |